IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LOWELL QUINCY GREEN, )
)
Plaintiff, )
)
v. )
)
HON. K. NICOLE MITCHELL, )
)
Defendant. ) Civil Action No. 3:19-CV-0016-C

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff Lowell Quincy Green's claims should be dismissed as barred by the three-strikes rule of 28 U.S.C. § 1915(g).[1] Plaintiff timely filed objections to the Magistrate Judge's Recommendations on January 18, 2019.

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having considered Plaintiff's objections, the Court is of the opinion that they are without merit and should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is, therefore, **ORDERED** that the findings and conclusions of the Magistrate Judge are hereby **ADOPTED** as the findings

---

[1] The Magistrate's recommendation advises that Plaintiff's claims should be dismissed unless Plaintiff timely pays the filing fee.

and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered civil action is hereby **DISMISSED** as barred by the three-strike rule of 28 U.S.C. § 1915(g).[2] The Clerk of the Court is directed to close this civil action.

SO ORDERED this 23rd day of January, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[2] The Court notes that the docket in this civil action reflects that as of today's date, Plaintiff has failed to prepay the filing fees.