IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOWELL QUINCY GREEN, | ) |
| Plaintiff, | ) |
| v. | ) |
| HON. K. NICOLE MITCHELL, | ) |
| Defendant. | ) Civil Action No. 3:19-CV-0016-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the Court should construe Plaintiff's filing [Doc. 9] as a motion seeking relief under Federal Rule of Civil Procedure 60(b) and that the same should be denied. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's filing [Doc. 9] is construed as a motion seeking relief under Rule 60(b) and is hereby **DENIED**.

SO ORDERED this __1__ day of April, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE