IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOWELL QUINCY GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HON. K. NICOLE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 3:19-CV-0016-C |

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the Court should construe Plaintiff's filing [Doc. 13] as a motion seeking relief under Federal Rule of Civil Procedure 60(b) and that the same should be denied.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is

---

[1] Plaintiff filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation on February 22, 2021.

therefore **ORDERED** that the Findings, Conclusions, and Recommendation are **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's filing [Doc. 13] is construed as a motion seeking relief under Rule 60(b) and is hereby **DENIED**.

SO ORDERED this 23rd day of February, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

2