IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOWELL QUINCY GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HON. K. NICOLE MITCHELL, | ) ) |
| Defendant. | ) Civil Action No. 3:19-CV-0016-C |

# **ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Court should construe Plaintiff's filing [Doc. 17] as a motion seeking relief under Federal Rule of Civil Procedure 60(b) and that the same should be denied.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is

---

[1] Plaintiff filed objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation on May 17, 2021.

therefore **ORDERED** that the Findings, Conclusions, and Recommendation are **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's filing [Doc. 17] is construed as a motion seeking relief under Rule 60(b) and is hereby **DENIED**. Plaintiff is **ADMONISHED** that should he persist in the filing of frivolous post-judgment motions, the Court will consider imposing sanctions—including monetary sanctions and a bar on additional filings in this district, unless he first obtains leave of court and pays the applicable filing fee.

SO ORDERED this 20th day of May, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE